Timothy W. Hoffman
P O Box 1761
Sebastopol, CA 95473
Telephone: (707) 823-1058

Trustee in Bankruptcy

FILED
MAY 10 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Santa Rosa

| In re:<br><br>JAVORINA, SUZANNE<br><br><br>Debtor(s) | Case No. 05-11221 AJ<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS |
|---|---|

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $41.73. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 8 | George Graff<br>4408 Highway 97 #20,<br>Weed, CA 96094 | 3,200.00 | 41.73 |
| | Total Unclaimed Dividends | | $41.73 |

Dated: May 5, 2010

_____
Timothy W. Hoffman, TRUSTEE